DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOHN P. BAILEY,

Appellant,

v.

U.S. BANK TRUST, N.A., as Trustee for LSF9 Master Participation Trust;
UNKNOWN SPOUSE OF JOHN P. BAILEY; UNKNOWN TENANT 1;
and UNKNOWN TENANT 2,

Appellees.

No. 2D2023-0856

_____

June 5, 2024

Appeal from the Circuit Court for Pinellas County; Thomas Ramsberger,
Judge.

John P. Bailey, pro se.

Zachary Ullman of Aldridge Pite, LLP, Delray Beach, for Appellee U.S.
Bank Trust, N.A. as Trustee for LSF9 Master Participation Trust.

No appearance for remaining Appellees.

PER CURIAM.

    Affirmed.

CASANUEVA, SILBERMAN, and BLACK, JJ., Concur.

———————————————————

Opinion subject to revision prior to official publication.